1  Michael F. Baltaxe. SBN 129532
2  Wendy K. Marcus, Esq. SBN 248161
   LAW OFFICES OF MICHAEL F. BALTAXE
   4333 Park Terrace Drive, Suite 160
3  Westlake Village, California 91361
   Phone: (818) 889-0050; Fax: (818) 889-6050
4  e-mail: mfbaltaxeforaol.com

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

5  Okori Okorocha, Esq., SBN 226658
6  CALIFORNIA LEGAL TEAM
   117 East Colorado Boulevard, Suite 465
7  Pasadena, CA 911005
   Telephone: 626-792-0301; Fax: (626) 340-4141
8  e-mail: okorie@gmail.com

9  Attorneys for PLAINTIFF CARYN J. CHARLES

10
11 Jennifer Sarkozy Branch (SBN: 191418)
   Email: jbranch@albblaw.com
12 Allison L. Snell (SBN: 252435)
   Email: asnell@albblaw.com
13 ANDREWS . LAGASSE . BRANCH & BELL LLP
   11232 El Camino Real, Suite 250
14 San Diego, CA 92130
   Telephone: (858) 345-5080
15 Facsimile: (858) 345-5025
   Email: jbranch@albblaw.com
16
17 Attorneys for Defendant CRESPI CARMELITE HIGH SCHOOL

18                UNITED STATES DISTRICT COURT
19        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

20
21 CARYN J. CHARLES, an individual,           ) Civil No. CV 10-6276-RGK (MANx)
                                              )
22              Plaintiff,                    ) [PROPOSED] ORDER RE STIPULATION
                                              ) FOR DISMISSAL WITH PREJUDICE
23 v.                                         )
                                              ) [Stipulation for Dismissal with Prejudice Filed
24 CRESPI CARMELITE HIGH SCHOOL INC.,)  Concurrently Herewith]
   a Catholic high school, exact legal form   )
25 unknown,                                   )
                                              )
26              Defendants.                   )
                                              )
27                                            )
28

PROPOSED ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE

1  Based on the stipulation of the parties and good cause appearing, the Court orders that the
2  case of CARYN CHARLES v. CRESPI CARMELITE HIGH SCHOOL, INC., case number CV
3  10-6276-RGK (MANx) be dismissed with prejudice in its entirety.

4  Dated: __AUG - 8 2011__

                                                                                       R. GARY KLAUSNER
                                                                                       United States District Court Judge